UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; | ) | |
| EMI UNART CATALOG INC.; | ) | |
| UNIVERSAL – SONGS OF | ) | |
| POLYGRAM INTERNATIONAL INC.; | ) | |
| SONGS OF UNIVERSAL, INC.; EMI | ) | |
| VIRGIN SONGS, INC. d/b/a EMI | ) | |
| LONGITUDE MUSIC; CONCORD MUSIC | ) | |
| GROUP, INC. d/b/a JONDORA MUSIC; | ) | |
| SCREEN GEMS-EMI MUSIC, INC.; | ) | |
| FOURTEENTH HOUR MUSIC INC.; | ) | |
| SPRINGTIME MUSIC, INC.; ARC MUSIC | ) | |
| CORP.; COTILLION MUSIC, INC.; | ) | |
| SONY/ATV SONGS LLC d/b/a SONY/ATV | ) | |
| TREE PUBLISHING; RONDOR MUSIC | ) | |
| INTERNATIONAL, INC. d/b/a IRVING | ) | |
| MUSIC; GIBB BROTHERS MUSIC; | ) | |
| CROMPTON SONGS; BOCEPHUS | ) | |
| MUSIC, INC.; | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: 16-cv-1080 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MULES HITCH LLC d/b/a THE | ) | |
| MULE'S HITCH and CAROLINE | ) | |
| KORNDORFFER, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

JURISDICTION AND VENUE

1.  This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has

jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff EMI Unart Catalog Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Universal – Songs of Polygram International, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff EMI Virgin Songs, Inc. is a corporation doing business as EMI Longitude Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Concord Music Group, Inc. is a corporation doing business as Jondora Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is the

copyright owner of at least one of the songs in this matter.

11. Plaintiff Fourteenth Hour Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Springtime Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Arc Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Cotillion Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiffs Estate of Maurice Ernest Gibb and Estate of Robin Gibb are a partnership doing business as Gibb Brothers Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff Crompton Songs is a sole proprietorship owned by Barry Alan Gibb. This Plaintiff is the copyright owner of at least one of the songs in this matter.

19. Plaintiff Bocephus Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

20. Defendant The Mules Hitch, LLC is a limited liability company organized and existing under the laws of the State of Louisiana, which operates, maintains and controls an

establishment known as The Mule's Hitch, located at 41118 South Range Road, Ponchatoula, Louisiana 70454, in this district (the "Establishment").

21. In connection with the operation of the Establishment, Defendant The Mules Hitch, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

22. Defendant The Mules Hitch, LLC has a direct financial interest in the Establishment.

23. Defendant Caroline Korndorffer is a member of Defendant The Mules Hitch, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

24. Defendant Caroline Korndorffer has the right and ability to supervise the activities of Defendant The Mules Hitch, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

25. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 24.

26. Since November 2012, BMI has reached out to Defendants over 100 times, by phone, in-person visits, and mail in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

27. Plaintiffs allege thirteen (13) claims of willful copyright infringement, based upon

Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

28. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the thirteen (13) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

29. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

30. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

31. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff

BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

32. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

33. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: February 5, 2016

        Respectfully submitted:

By:    */s/Mark A. Balkin*
      Mark A. Balkin (LA Bar # 24952)
      Joseph C. Chautin, III (LA Bar # 24995)
      Hardy, Carey, Chautin & Balkin, LLP
      1080 West Causeway Approach
      Mandeville, Louisiana 70471
      (985) 629-0777
      mbalkin@hardycarey.com

**Attorneys for Plaintiffs**

4829-7108-1261, v.  1

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Blue Monday |
| Line 3 | Writer(s) | Dave Bartholomew |
| Line 4 | Publisher Plaintiff(s) | EMI Unart Catalog Inc. |
| Line 5 | Date(s) of Registration | 1/6/54    5/21/82 |
| Line 6 | Registration No(s). | Eu 343307    RE 129-314 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Gimme Three Steps |
| Line 3 | Writer(s) | Allen Collins; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 10/1/73    4/6/77 |
| Line 6 | Registration No(s). | Eu 448562    Ep 372687 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Green River |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 2/16/70 |
| Line 6 | Registration No(s). | Ep 272079 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | I Believe In You |
| Line 3 | Writer(s) | Roger Cook; Sam Hogin |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 5/13/80 |
| Line 6 | Registration No(s). | PAu 218-086 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Long As I Can See The Light |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 6/29/70 |
| Line 6 | Registration No(s). | Eu 190909 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| Line 1 | Claim No. | 7 | |
|---|---|---|---|
| Line 2 | Musical Composition | Mustang Sally | |
| Line 3 | Writer(s) | Bonny Rice | |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. | |
| Line 5 | Date(s) of Registration | 4/27/93 | 3/22/65 |
| Line 6 | Registration No(s). | RE 627-422 | Eu 873659 |
| Line 7 | Date(s) of Infringement | 10/24/2015 | |
| Line 8 | Place of Infringement | The Mule's Hitch | |

| Line 1 | Claim No. | 8 | |
|---|---|---|---|
| Line 2 | Musical Composition | Nadine (Is It You?) a/k/a Nadine | |
| Line 3 | Writer(s) | Chuck Berry | |
| Line 4 | Publisher Plaintiff(s) | Arc Music Corp. | |
| Line 5 | Date(s) of Registration | 2/18/64 | 1/20/64 |
| Line 6 | Registration No(s). | Ep 184378 | Eu 808710 |
| Line 7 | Date(s) of Infringement | 10/24/2015 | |
| Line 8 | Place of Infringement | The Mule's Hitch | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Rocking Pneumonia And Bugie Way Flu a/k/a Rocking Pneumonia and The Boogie Woogie Flu |
| Line 3 | Writer(s) | Huey P. Smith |
| Line 4 | Publisher Plaintiff(s) | Cotillion Music, Inc. |
| Line 5 | Date(s) of Registration | 10/17/66    12/7/72 |
| Line 6 | Registration No(s). | Eu 980697    Ep 307830 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Silver Wings |
| Line 3 | Writer(s) | Merle Haggard |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 1/27/69    12/28/71 |
| Line 6 | Registration No(s). | Eu 95687    Ep 294777*   *As contained in the Merle Haggard Newest Song Book |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Sitting On The Dock Of The Bay a/k/a Sittin' On The Dock Of The Bay |
| Line 3 | Writer(s) | Steve Cropper; Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 4/7/97   1/22/68  8/25/69   3/13/75   3/13/75  5/15/95   11/20/95   11/20/95 |
| Line 6 | Registration No(s). | RE 760-653  Eu 33492 Ep 264255 Ep 335846 Ep 335847  PAu 2-279-253  PAu 2-069-906  PA 809-368 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | To Love Somebody |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 7/24/67   12/3/75 |
| Line 6 | Registration No(s). | Eu 5936   Ep 351143 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Whiskey Bent And Hell Bound |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 9/6/79 |
| Line 6 | Registration No(s). | PA 43-935 |
| Line 7 | Date(s) of Infringement | 10/24/2015 |
| Line 8 | Place of Infringement | The Mule's Hitch |